**FILED**

APR 1 1 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

# United States District Court

for the

Southern District of Illinois

Willie B. Burnett #Y11791

_____

_____

*Plaintiff/Petitioner(s)*

v.

D. Brookhart, John Doe 1, John Doe 2, John
Doe 3, John Doe 4, John Doe and John Doe 6

_____

*Defendant/Respondent(s)*

Case Number: **22-713-DWD**

(Clerk's Office will provide)

☐ **CIVIL RIGHTS COMPLAINT**
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ **CIVIL RIGHTS COMPLAINT**
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ **CIVIL COMPLAINT**
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

## I.    JURISDICTION

**Plaintiff:**

A.    Plaintiff's mailing address, register number, and present place of confinement.

Sheridan Correctional Center, 4017 East 2603 Road, Sheridan,
IL 60551, #Y11791

**Defendant #1:**

B.    Defendant    D. Brookhart    is employed as
(a)    (Name of First Defendant)

Warden
(b)    (Position/Title)

with Lawrence Correctional Center, 10940 Lawrence Road Sumner, IL
(c)    (Employer's Name and Address)

62466

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government? ☒ Yes    ☐ No

If your answer is YES, briefly explain: Defendant Brookhart was the
warden of Lawrence Correctional Center prior to January of 2019.

(Rev. 7/2010)

1

**Defendant #2:**

C.    Defendant _____ John Doe #1 _____ is employed as

(Name of Second Defendant)

_____ Correctional Officer _____

(Position/Title)

with _Lawrence Correctional Center, 10940 Lawrence Road, Sumner, IL_

(Employer's Name and Address)

_62466_

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government? ☒ Yes    ☐ No

If you answer is YES, briefly explain:
Defendant John Doe 1 was employed

as a Correctional Officer at Lawrence Correctional Center.

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

Defendant #3:

    Defendant   John Doe #2

        Correctional Officer

with Lawrence Correctional Center, 10940 Lawrence Road, Sumner, IL

62466

At the times the claims alleged in this complaint arose, Defendant #3
was employed by the state. Defendant John Doe #2 was employed as
a Correctional Officer at Lawrence Correctional Center.

Defendant # 4 :

   E. Defendant John Doe #3

         Correctional Center

    with Lawrence Correctional Center, 10940 Lawrence Road, Sumner, IL 62466
At the time the claims alleged in this complaint arose, Defendant #4 was
employed by the state. Defendant John Doe #3 was employed as a Correct-
ional Officer at Lawrence Correctional Center.

Defendant #5

   F. Defendant John Doe #4

         Correctional Officer

    with Lawrence Correctional Center, 10940 Lawrence Road, Sumner, IL 62466
At the time the claims alleged in this complaint, arose, Defendant #5 was
employed by the state. Defendant John Doe #4 was employed as a Correctional
Officer at Lawrence Correctional Center.

Defendant # 6

   G. Defendant John Doe #5

         Correctional Officer

    with Lawrence Correctional Center, 10940 Lawrence Road, Sumner, IL 62466
At the time the claims alleged in this complaint, arose, Defendant #6 was
employed by the state. Defendant John Doe #5 was employed as a Correctional
Officer at Lawrence Correctional Center.

Defendant # 7

   H. Defendant John Doe #6

Correctional Officer
with Lawrence Correctional Center, 10940 Lawrence Road, Sumner, IL 62466
At the time the claims alleged in this complaint arose, Defendant #7 was
employed by the state. Defendant John Doe #6 was employed as a Correctional
Officer at Lawrence Correctional Center.

II.    **PREVIOUS LAWSUITS**

A.    Have you begun any other lawsuits in state or federal court relating to your imprisonment?    ☐ Yes    ☒ No

B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

1.    Parties to previous lawsuits:    N/A
Plaintiff(s):

Defendant(s):    N/A

2.    Court (if federal court, name of the district; if state court, name of the county):    N/A

3.    Docket number:    N/A

4.    Name of Judge to whom case was assigned:

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):    N/A

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):    N/A

7.    Approximate date of filing lawsuit:    N/A

8.    Approximate date of disposition:    N/A

III.   **GRIEVANCE PROCEDURE**

A.   Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?
     ☒ Yes    ☐ No

C.   If your answer is YES,
    1.   What steps did you take? *Plaintiff prison is where he presented the facts on July 9, 2020 to his complaint to counsel and to the warden.*

    2.   What was the result? *Denied*

D.   If your answer is NO, explain why not. *N/A*

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? *N/A*    ☐ Yes    ☐ No

F.   If your answer is YES,
    1.   What steps did you take?
         *N/A*

    2.   What was the result? *N/A*

G.   If your answer is NO, explain why not. *N/A*

H.   Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:
         *N/A*

    *Plaintiff forwarded his grievance to the ARB shortly after the warden signed and dated his grievance and has not received a response.*

(Rev. 7/2010)                                    4

IV.    **STATEMENT OF CLAIM**

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments of citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

Plaintiff was at all times relevant to this action incarcerated at Lawrence Correctional Center.

Plaintiff was incarcerated in different units within the prison. The conditions of Plaintiff's confinement at such prison as Lawrence have been and were oftentimes deplorable, and Plaintiff has filed grievances relating to those conditions on multiple occasions but without success.

This complaint actions is only containing and relating to the grievance wrote on July 9, 2020, and received on July 13, 2020, by Defendants. The conditions of being housed in 8-8 cell house on the north side, where Plaintiff was housed, included dirty showers and exposure to mold.

The failure to proper clean the showers by Wing Officers John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5 and John Doe 6 during June 18, 2020, to June 29, 2020, on the 7:00 a.m. to 3:00 p.m. shifts and the 3:00 p.m. to 11:00 p.m. shifts caused the Plaintiff to be medical treated for a foot fungus that caused a toe nail to be removed with extreme pain and a rash.

Plaintiff was forced to live on a wing with dirty shows during the corona-virus on C-4 wing that deprive the Plaintiff of safe conditions by Defendants Brookhart, John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5, and John Doe 6.

Plaintiff attaching hereto evidence of his pursuit of the grievance procedure about the improper conditions of the showers he was exposed to while housed on #-C cell house, medical records, and supporting affidavits. See Exhibits A, B and C.

In short, Plaintiff has to endure living conditions that were inadequate and inhumane, and the Defendants were and are aware of these continuing inadequate and unconstitutional conditions at Lawrence Correctional Center.

As a direct and proximate result of the inadequate living conditions, Plaintiff has suffered physical harm caused by his toe nail removal, increased stress, his exposure to dirty showers and mold contaminants within the prison, and he has also suffered emotional harm as a result of being confined in C-4 cell house at Lawrence Correctional Center.

The adverse living conditions of Plaintiff's confinement have been constitution-ally inadequate under the law, and the Defendants, individually or collectively, sub-jected Plaintiff to the serious deprivation of basic human rights.

The Defendants were aware of the conditions at C-4 housing units within Lawrence Correctional Center and were and are deliberately indifferent to the continuing constitutional violations suffered by Plaintiff.

The Defendants have condoned, authorized, and tolerated the unconstitut-ional conditions at Lawrence Correctional Center.

The inactions of the Defendants in respose to the conditions at Lawrence Correctional Center were carried out in accordance with general policy and practice.

Defendants have at all times acted in their Official capacity and under color of state law.

As a result of Defendants' unconstitutional policy and practice, Plaintiff has suffered physical and emotional harm.

V.    **REQUEST FOR RELIEF**

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

A. Enter judgment in favor of Plaintiff and against Defendants;

B. Award Plaintiff compensatory and punitive damages against Defendants;

C. Enter an Order, upon proper motion, requiring the Defendants to provide proper and adequate living conditions at Lawrence, D. Grant to Plaintiff such other relief as may -

VI.    **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does   ☐ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 3-6 -      2022
                (date)

4017 East 2603 Road
        Street Address

Sheridan, Illinois
        City, State, Zip

_____
        Signature of Plaintiff

Willie B. Burnett pro se
        Printed Name

Y11791
        Prisoner Register Number

            N/A
        Signature of Attorney (if any)

continue: ( Request For Relief. ) Under D.
be just and proper under the circumstances.

A

EXHIBIT - A

Grievance

ILLINOIS DEPARTMENT OF CORRECTIONS

## Grievance Officer's Report

| Date Received: | 07/30/2020 | Date of Review: | 09/10/2020 | Grievance # (optional): | 7-20-139 |
|---|---|---|---|---|---|

| Offender: | Burnett, Willie | ID#: | Y11791 |
|---|---|---|---|

Nature of Grievance: Conditions

**Facts Reviewed:** Offender states that on June 18 after showering he again got a rash on both arms from the black mold. States that the showers are not being cleaned properly.

**Relief Requested:** "For IDOC to pressure wash the showers and scrape the mold off, no retaliation."

**Counselor's Response:** "Per Sgt. Jenkins: All A.D.'s and I.D.'s are followed and cleaning schedule adhered to."

No date of when the showers were not properly cleaned is provided, as a grievance must be filed within 60 days of an incident per DR 504

**Recommendation:** Based upon a total review of all available information, this Grievance Officer recommends that the grievance be denied

_____ N. Inboden CCII _____
Print Grievance Officer's Name          Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

---

## Chief Administrative Officer's Response

| Date Received: | 9/14/20 | ☒ I concur | ☐ I do not concur | ☐ Remand |
|---|---|---|---|---|

Action Taken:

_____          9/14/20
Chief Administrative Officer's Signature          Date

---

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____          _____          _____
Offender's Signature          ID#          Date

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

Printed on Recycled Paper

$\mathcal{B}$

EXHIBIT- B

Medical Records

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER OUTPATIENT PROGRESS NOTES
### LAWRENCE CORRECTIONAL CENTER

Offender Information:

Last Name: **Burnett**   First Name: **Willie**   MI: ___   ID#: **411791**

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/29/20 1230 | NP NOTE: (S/O) I/m on Line TO F/u on ankle x-ray. X-ray shows mild OA Fungal infection bilateral 5th toes, split nail (L) 2nd digit. I/m requesting removal. 5th toes BLACK/ THICK/ brittle. ———— (A) ① SCAR tissue from previous Achilles sx. ② Fungal Nail Infection ③ skins RASH - unknown etiology | ① PT for L calf- scar tissue when running again ② Start TERBINAFINE 250mg 1 PO QD X 3 mos. ③ schedule for 5th toe removal Bilaterally 2nd toe (L) foot. (1 Hour time) C. Luckingfire noted OWeltt /LO |

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES
## LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

_____    _____    _____    ID#: _____
Last Name                                          First Name                                  MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER OUTPATIENT PROGRESS NOTES
### LAWRENCE CORRECTIONAL CENTER

| Offender Information: | | | |
|---|---|---|---|
| Burnett | Willie | | ID#: 411791 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-11-20 10¹⁰ Am | LPN Note<br>S/O - BP 146/80   P62   WT 317²<br>A- BP ✓ | P- Cont Poc<br>NBaker LPN |
| 8/12/20 8⁴⁴ | LPN Noted<br>S/O) BP ¹⁴²/78 P 74. Rash<br>noted to bilateral arms.<br>S/R itches. Has tried<br>hydrocortisone & triamcindone<br>in the past c̄ 0 improvement<br>A) W/c | P) Refer<br>for skin |

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER OUTPATIENT PROGRESS NOTES
LAWRENCE CORRECTIONAL CENTER

Offender Information:

_____   _____   ____   ID#: _____
Last Name                        First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|----------------------------------|-------|
|           |                                  |       |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

## Issuable Medication Pickup    Date 8-22-20

Offender Name _Burnett, W._    Offender Number _Y11791_

Housing Unit _1 BU 11_

RE: Issuable Medication Pickup

My signature below serves as evidence that I have received the following pills and have been made aware of how to renew my prescriptions or refill my prescription. I understand that I may need to utilize the sick call procedures to have medications reordered, besides any chronic clinic medication prescription. I also understand that I may choose to utilize the sick call procedure with my health care concerns, either acute or chronic clinic conditions.

| Drug Name and Dosage | Quantity |
|---|---|
| Minerin Cream        (454gm) | # 1 |
| Prednisone 10mg | 3 |
| Prednisone 20mg | 9 |
| Prednisone 20mg | 6 |
| Prednisone 20mg | 3 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

_M. Burnett_ ucc 1-308 _Y11791_

**Offender Signature**

CC: Medical Records

**Offender Number**

Nurse Issuing Meds Initial _BS_

LAW 0839 (new 5/1/20)

## Issuable Medication Pickup    Date _8/1/2020_

Offender Name _Burnett, Willie_    Offender Number _Y11791_

Housing Unit _1 BU1_

RE: Issuable Medication Pickup

My signature below serves as evidence that I have received the following pills and have been made aware of how to renew my prescriptions or refill my prescription. I understand that I may need to utilize the sick call procedures to have medications reordered, besides any chronic clinic medication prescription.  I also understand that I may choose to utilize the sick call procedure with my health care concerns, either acute or chronic clinic conditions.

| Drug Name and Dosage | Quantity |
|---|---|
| Hydrocortisone (28 Gm) 1% CRE | 1 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Offender Signature**

**Offender Number** _Y11791_

CC: Medical Records

Nurse Issuing Meds Initial _SM_

LAW 0839 (new 5/1/20)

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER OUTPATIENT PROGRESS NOTES
### LAWRENCE CORRECTIONAL CENTER

| Offender Information: | | |
|---|---|---|
| Burnett | Willie | ID#: 411791 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-11-20<br>10$^{10}$ Am | LPN Note<br>S/D - BP 146/80   P62  WT 317$^2$<br>A- BPV | P- Cont Poc<br><br>NBaker LPN |
| 8/12/20<br>849 | LPN Noted<br>S/O BP 142/78 P 74. Rash<br>noted to bilateral arms.<br>S/R itches. Has tried<br>hydrocortisone + triamcindone<br>in the past c̄ Θ improvement<br>A)WS | P) Refer<br>for skin |

ILLINOIS DEPARTMENT OF CORRECTIONS
# OFFENDER OUTPATIENT PROGRESS NOTES
LAWRENCE CORRECTIONAL CENTER

Offender Information:

_____  _____  _____  ID#: _____
          Last Name                        First Name           MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|----------------------------------|-------|
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER OUTPATIENT PROGRESS NOTES
### LAWRENCE CORRECTIONAL CENTER

Offender Information:

Last Name: Burnett    First Name: Willie    MI: ____    ID#: 411791

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/19/20 1154 | NP NOTE: (S/O) I/M on Line c̄ c/o continued bilateral arm rash. He believes shower is where its coming from. Extremely itchy. Also reports allergies have been significantly flared. Reports he has allergies all year round, but the Claritin/Zyrtec/Singulair dont manage well. Bilat. arms c̄ scattered papules & excoriations from itching. (A) ① Rash - eczema vs. fungal most likely. ② severe ~~xxxx~~ allergies | ① Start Eucerin apply QD PRN (1 Lg. tub/2 mos) x 6 mos. ② Prednisone 10 mg taper as directed 60 mg x 3 days 40 mg x 3 days 20 mg x 3 days 10 mg x 3 days ③ Start Benadryl 50mg 1 po QHS PRN 8/20/20 x 3 mos. ④ F/U 6-8 weeks C. Luking FNP |

140/80
82
97%

8/20/20
0435

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER OUTPATIENT PROGRESS NOTES
### LAWRENCE CORRECTIONAL CENTER

Offender Information:

_____   _____   ____   ID#: _____
Last Name                      First Name              MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-31-20 9:15 A | Radiology Note o/ CXR sinus | P/ CXR sinus ____ RT( ) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution  Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER OUTPATIENT PROGRESS NOTES
LAWRENCE CORRECTIONAL CENTER

Offender Information:

Last Name: Burnett   First Name: Willie   MI: ___   ID#: W11791

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 8-11-20 10:10 AM | LPN Note S/O- BP 146/80   P62   WT 317² A- BP✓ | P- Cont Poc NBaker LPN |
| 8/12/20 8:40A | LPN Noted S/O) BP 142/78 P 74. Rash noted to bilateral arms. S/R itches. Has tried hydrocortisone & triamcinolone in the past c̄ ∅ improvement A/wx | P) Refer for skin [signature] |

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES
### LAWRENCE CORRECTIONAL CENTER

Offender Information:

_____        _____     ___        ID#: _____
        Last Name                           First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER OUTPATIENT PROGRESS NOTES
LAWRENCE CORRECTIONAL CENTER

Offender Information:

BURNETT               WILLIE              ID#: 411791
Last Name             First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 7/9/20 0845 | NP NOTE: (S/O) 1/m SCHEDULED For NAIL REMOVAL OF BILAT 5th toenail 2° to NAIL FUNGUS. PROCEDURE NOTE: (L) 5th toe: TOURN. applied. TOE cleansed c̄ BETADINE. Tissue around NAIL anesthesized c̄ 1% Lidocaine. NAIL LIFTER used to LOOSEN NAIL. Hemostats used to pull Nail clean From Bed. EXACT procedure done on (R) 5th toenail. BILATERAL 5th toes then applied TAO + WRAPPED c̄ gauze. MIN. BLOOD LOSS. 1/m tol. well. Post procedure Instructions provided. —— | ① IBUP. 400mg 2 po TID prn #30 provided. UNTIL GONE. ② BANDAIDS + TAO provided ③ Flu as NEED only C. Luking FNPC |

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

## LAWRENCE CORRECTIONAL CENTER

Offender Information:

| Last Name | First Name | MI | ID#: |
| --- | --- | --- | --- |

| Date/Time | Subjective, Objective, Assessment | Plans |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

C

EXHIBIT-C

Affidavits

STATE of ILLINOIS
county of lawrence                        SS

Denzel Jordan Hereby Declares

Declaration of Denzel Jordan

Affidavit of Truth

Denzel Jordan Hereby declares:

I AM the Person stating the following, During the MONTH of June I witnessed the flooding of the showers constantly, and the Mold That has Never Been scraped away, The Black Mold caused Mr. Burnett to get Rashes, There is Not A proper cleaning method To get Rid of The Black Mold is what we were told by the workers. Willie Burnett had his Toe Nails Taken off and is in constant Pain.          I AM a INMate At lawrence cor. ctr.

Mr. Burnett Also causes No Trouble and is constantly Itching from The Rashes. I was Also iN 2 house with him and he had The same Rash issues from The showers.          /S/ _____
                                                                                  Date 7-15-2020

Subscribed and sware to me on __15__ this Day of July, 2020

_____ L. Burtit
NOTARY Public

OFFICIAL SEAL
SHARON L BURTCH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/11/23

NOTARY /S/ _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIE B. BURNETT. JR

     PLAINTIFF,

-vs-

~~Warden and~~ Idoc
    Defendants

DECLARATION OF
PATRICK BAKATURSKI

CIVIL ACTION

NO_____

---

## DECLARATION OF PATRICK BAKATURSKI

### AFFIDAVIT OF TRUTH

PATRICK BAKATURSKI HEREBY DECLARES:

I am the person typing of this Declaration. I have been incarcerated in the Illinois department of Correction since 2007. And have been at Lawrence correctional center since 2017. I am housed in 1 house, b wing, upper 11 cell with, Willie B. Burnett, which  makes us cellies in upper 11.

On or around the month of June 2020. Mr. Burnett started haveing  skin and feet infections. His feet, nails started to turn black and he informed health care.

On information and belief, the Plaintiff, Mr. Burnett got sick and the infection from the dirty showers and deck. The I-doc staff refuse to clean the shower which have black mold and trash inside them. They are refusing C.D.C guideline and refusing to hand out soap to clean are cells. and They are not handing out soap to inmates. To wash there close.

1 of 2

The state of Illinois is paying for the soap, but it never makes it to the inmates. The deck is dirty and is almost never washed. The health department is never allowed to inspect the housing units. More then one inmate has been infected by the showers and lack of cleaning.

I declare under penalty of perjury that the foregoing is true and correct. Since it is hard to get a notary, if any lawyer seeks an affidavit at a latter date I shall do one.

Executed on 7-7-2020, Lawrence Correctional Center, by Patrick Bakaturski

/s/ _Patrick V. Bakaturski_

2 of 2

CORRESPONDENCE
FROM IDOC

UNITED STATES DISTRICT COURT
southern District of Illinois
OFFICE OF THE CLERK
301 West main Street
Benton, Illinois 62812

MAIL CLEARED
US MARSHALS

Willie Burnett Y11791
4017 E. 2603 Road
Sheridan, IL 60551

LEGAL MAIL

RECEIVED

APR 11 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE